# Court of Appeals
# of the State of Georgia

ATLANTA, December 02, 2013

*The Court of Appeals hereby passes the following order:*

**A14D0117. DARBY REYNOLDS NORMAN v. TOBY RANDALL NORMAN.**

On February 19, 2013, the trial court entered a "Final Judgment and Decree of Divorce," dissolving the marriage of Darby Reynolds Norman and Toby Randall Norman. Toby Norman filed a motion for contempt against Darby Norman, alleging that she violated a provision of the divorce decree that prohibits both parents from having adult overnight guests of the opposite sex who are non-relatives. Darby Norman filed a motion to strike the provision, arguing that it was constitutionally unenforceable because it was overly broad and restrictive. The trial court granted Toby Norman's motion for contempt, and denied Darby Norman's motion to strike. Darby Norman filed this application for discretionary appeal in the Supreme Court, which transferred it to this Court.

The Supreme Court ruled that jurisdiction is proper in this Court because the issues on appeal concern post-divorce visitation and custody. Pursuant to OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody or holding or declining to hold persons in contempt of such child custody judgment or orders" are directly appealable. Additionally, "[u]nder Georgia law, visitation rights are a part of custody." *Vines v. Vines*, 292 Ga. 550, 551 (2) (739 SE2d 374) (2013). Because Darby Norman was held in contempt of a custody provision of the divorce decree, she is entitled to a direct appeal.

We will grant a timely-filed discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is

hereby GRANTED. Darby Norman shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, she has already filed a notice of appeal, she need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* 12/02/2013

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*